BEFORE THE THIRD DIVISION, FEBRUARY 16, 1942

**No. 46954.**—Protest 10249–K of W. R. Zanes & Co. (Galveston).

Opinion by Cline, J. Several witnesses were called by the plaintiff but no evidence was produced to establish that the number of pieces or lengths of pipe imported were other or different from those entered. On the meager record the court found that the plaintiff failed to sustain his burden of proof. The protest was therefore overruled.

**No. 46955.**—Protests 909113–G/11134, etc., of W. T. Grant Co. et al. (New Orleans, etc.).

Opinion by Keefe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

FEBRUARY 11, 1942

**No. 46956.**—.—Protests 984372–G, etc., of Simon, Healey & Goldstein, Inc. Government's application for rehearing denied.

FEBRUARY 11, 1942

**No. 46957.**—Suit 4356.——*Hummel Chemical Co.* v. *United States.* C. D. 437 affirmed. C. A. D. 189.

**No. 46958.**—Suit 4367.——*United States* v. *Nichols Copper Co.* C. D. 453 reversed. C. A. D. 190.